UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Stephen Drelick, et al.</u>

   v.         Civil No. 08-cv-112-JL

<u>Innovative Development Co., et al.</u>

**<u>O R D E R</u>**

  The Preliminary Pretrial Conference was held in chambers on June 26, 2008.

  The Discovery Plan (doc. #13) is approved as submitted, with the following changes:  On or before July 1, 2008, the parties will notify the Deputy Clerk of an appropriate time to schedule mediation before United States Magistrate Judge Muirhead.

  By agreement of the parties, the following are **stricken, without prejudice**:

- the following affirmative defenses:  second (statute of limitations), fifth (abandonment), sixth (laches), and eleventh (assumption of the risk).

  **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  June 26, 2008

cc: Christopher H.M. Carter, Esq.
   Daniel Miville Deschenes, Esq.
   David A. Anderson, Esq.